**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-1429
_____

IN RE: FRANCISCO HERRERA-GENAO,
                                    Petitioner

_____

On Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Crim. No. 3:07-cr-00454-002)

_____

Submitted Pursuant to Fed. R. App. P. 21
March 18, 2019

Before:  SMITH, Chief Judge, AMBRO and ROTH, Circuit Judges

(Opinion filed: August 9, 2019)
_____

OPINION*
_____

PER CURIAM

        Pro se petitioner Francisco Herrera-Genao seeks a writ of mandamus to compel

the District Court to rule on a motion he filed to correct his restitution obligation in his

judgment of sentence.  A writ of mandamus may be warranted where a district court's

"undue delay is tantamount to a failure to exercise jurisdiction."  See Madden v. Myers,

_____

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

102 F.3d 74, 79 (3d Cir. 1996). On July 30, 2019, the District Court entered an order directing the Government to respond to Herrera-Genao's motion. Because the case is now moving forward, we find no reason to grant the "drastic remedy" of mandamus relief. See In re Diet Drugs Prods. Liab. Litig., 418 F.3d 372, 378 (3d Cir. 2005). We have full confidence that the District Court will rule on Herrera-Genao's motion within a reasonable time. Accordingly, we will deny Herrera-Genao's mandamus petition.